**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

SHAWN DAVID STEPP                              CIVIL ACTION NO. 23-0578

                                               SECTION P

VS.

                                               JUDGE DONALD E. WALTER

ROBERT S. TEW                                  MAG. JUDGE KAYLA D. MCCLUSKY


## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that Plaintiff Shawn David Stepp's claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 14th day of August, 2023.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE